UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOE HAND PROMOTIONS, INC., :

   Plaintiff, :

                             Civil No. 12-CV-1242

     v. :

**FREDERICK J. BECCHETTI,** :     **(JUDGE MANNION)**
**LORRAINE BECCHETTI, and**
**FJB3 INCORPORATED,** :

   Defendants. :

## ORDER

**IT IS HEREBY ORDERED:**

**(1)** Plaintiff's motion for default judgment, (Doc. No. 11), will be **GRANTED**.

**(2)** The clerk of court is **DIRECTED TO ENTER JUDGMENT** against defendants and in favor of plaintiff in the amount of $3,800 inclusive of attorney's fees and costs.

                                           s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**DATE: August 26, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1242-01-ORDER.wpd